THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* R. J. SIMPSON and MARY F. SIMPSON, Appellants.

(Argued November 28, 1932; decided January 10, 1933.)

*Leslie E. Briggs* for R. J. Simpson, appellant.

*Gerald J. Fenlon* and *Richard P. Byrne* for Mary F. Simpson, appellant.

*William H. Coon, District Attorney,* for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.